United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DALE BARGER,<br><br>            Petitioner,<br><br>      v.<br><br>KERN COUNTY SUPERIOR COURT,<br><br>            Respondent. | Case No. 17-cv-03931-WHO (PR)<br><br>**ORDER OF TRANSFER** |

In this federal habeas action, petitioner Gary Dale Barger challenges convictions he received in the Kern County Superior Court, which lies in the Eastern District. Accordingly, this action is TRANSFERRED to the Eastern District of California as that is the district of conviction.  28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b).  The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** July 17, 2017

_____
WILLIAM H. ORRICK
United States District Judge