# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DALE BARGER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>KERN COUNTY SUPERIOR COURT,<br><br>　　　　Respondent. | Case No. 1:17-cv-01000-SAB-HC<br><br>ORDER DENYING AS MOOT PETITIONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 7) |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 31, 2017, the Court received the instant application to proceed in forma pauperis. (ECF No. 7). The Court previously authorized Petitioner to proceed in forma pauperis on July 27, 2017. (ECF No. 6).

Accordingly, the Court HEREBY ORDERS that Petitioner's application to proceed in forma pauperis is DENIED as MOOT.

IT IS SO ORDERED.

Dated: __**August 2, 2017**__　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE